UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>N. ALBONICO, et al.,<br><br>  Defendants. | No.  2:19-cv-1108 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for a 120-day stay.  ECF No. 45.

Plaintiff requests a stay on the grounds that the continuing COVID-19 lockdown has left him unable to physically access to the law library for nearly ten months, and the paging system and copying services are currently unavailable.  Id.  While the court recognizes that prisoners are experiencing additional difficulties as a result of the current public health crisis, those difficulties do not justify staying the entire case for 120 days.  However, if plaintiff needs additional time to meet specific deadlines, he my request extensions of those deadlines by filing a motion that states what deadline he needs extended, how much additional time he needs, and why he needs the extra time.

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a stay, ECF No. 45,
2 | is DENIED.
3 | DATED: January 13, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE