UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>N. ALBONICO, et al.,<br><br>Defendants. | No. 2:19-cv-1108 MCE AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has requested a sixty-day extension of the deadlines to serve requests for discovery and to conduct discovery and file motions to compel. Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the scheduling order and for an extension of time, ECF No. 47, is GRANTED.

2. Plaintiff may conduct discovery until **June 1, 2021**, and must file any motions necessary to compel discovery by **June 1, 2021**.

3. Plaintiff shall serve all requests for discovery pursuant to Federal Rules of Civil Procedure 31 (deposition by written question), 33 (interrogatories), 34 (production of documents), or 36 (admissions) no later than **April 2, 2021**.

////

1

4.  No further extensions of time will be granted absent a showing of extraordinary circumstances.

DATED: February 10, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE