IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ARNOLD RODRIGUEZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**N. ALBONICO, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:19-cv-1108 MCE AC P<br><br>~~[PROPOSED]~~ ORDER |

　　Good cause appearing, Defendants' request to modify the scheduling order is **GRANTED**.  Defendants shall take Plaintiff's deposition within forty-five days of the date of this order.

　　**IT IS SO ORDERED.**

DATED: March 18, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE