UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>N. ALBONICO, et al.,<br><br>Defendants. | No. 2:19-cv-1108 MCE AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 57, is granted; and
2. Plaintiff shall have thirty days from the filing of this order in which to file an opposition.

DATED: July 14, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE