UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ, | No. 2:19-cv-1108 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| N. ALBONICO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a combined cross-motion for summary judgment and motion to stay proceedings on defendants' motion for summary judgment. ECF No. 72.

On June 17, 2021, defendants filed their motion for summary judgment. ECF No. 55. Plaintiff has been granted four extensions of time to respond to the motion, and with the last extension was warned that no further extensions would be granted absent a showing of extraordinary circumstances. ECF No. 69. Plaintiff now requests a stay of briefing on the motion for summary judgment in order to conduct further discovery, which he claims is necessary to defend against the motion. ECF No. 72 at 1. However, plaintiff's deadline to conduct discovery, including the filing of any motions to compel, passed on June 1, 2021, see ECF No. 48, and plaintiff fails to provide an explanation as to why he could not pursue the discovery he now seeks during the time provided. Furthermore, the discovery plaintiff states he wishes to pursue is

1

1 related to the merits of his claims, ECF No. 72 at 4-5, 8-9, while defendants seek summary
2 judgement on the grounds that plaintiff's complaint was filed outside the statute of limitations and
3 that plaintiff failed to exhaust his administrative remedies prior to filing the complaint, ECF No.
4 55.  Plaintiff has therefore failed to demonstrate that the discovery he seeks is necessary to oppose
5 the motion.  See Fed. R. Civ. P. 56(d) (court may allow time for nonmovant to take discovery
6 upon a showing that they "cannot present facts essential to justify its opposition").

7 　　　To the extent plaintiff also appears to be seeking a stay on the ground that he was
8 separated from his documents and was missing portions of the motion for summary judgment
9 when his documents were returned, ECF No. 72 at 1-2, he has already received an extension of
10 time on these grounds, ECF No. 69, and acknowledges that he received copies of the missing
11 portions of the motion after the court ordered them re-served, ECF No. 72 at 2.

12 　　　Finally, plaintiff's cross-motion for summary judgment was filed well outside the June 25,
13 2021 deadline for summary judgment motions.  Moreover, it does not comply with the
14 requirements for a motion for summary judgment as it does not contain a separate statement of
15 facts supported by evidence.  The cross-motion will therefore be construed as opposition to the
16 motion for summary judgment, and will be considered as such along with the subsequently filed
17 opposition (ECF No. 73).  With respect to plaintiff's opposition to the motion for summary
18 judgment, ECF No. 73, it appears that plaintiff may have mistakenly sent an incomplete copy of
19 the document.[1]  Plaintiff will therefore be given an opportunity to send a corrected copy.

20 　　　Accordingly, for the reasons set forth above, IT IS HEREBY ORDERED that:
21 　　　1.  Plaintiff's motion to stay, ECF No. 72, is DENIED.
22 　　　2.  Plaintiff's cross motion for summary judgment, ECF No. 72, is construed as an
23 opposition to the motion for summary judgment.
24 　　　3.  Within fourteen days from service of this order, plaintiff may, if the copy previously
25 submitted was incomplete, submit a corrected copy of his opposition to defendants' motion for

---

[1] The opposition is comprised of a response to only the first five facts from defendants' statement of undisputed facts, three copies of plaintiff's first amended complaint and a previously filed motion for appointment of counsel, and a declaration related to his placement with an incompatible cellmate and separation from his property in 2021.  ECF No. 73.

summary judgment. Defendants may file a reply within fourteen days after a corrected opposition has been filed in CM/ECF or within fourteen days of the expiration of the deadline for filing a reply, whichever is later.

DATED: February 17, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE