UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ, | No. 2:19-cv-1108 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| N. ALBONICO, et al., | |
| Defendants. | |

Plaintiff filed a motion for a fourteen-day extension of time to file a response to defendants' objections.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 81) is GRANTED; and

2. Plaintiff is granted fourteen days from the service of this order to file a response to defendants' objections.

DATED: October 11, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff characterizes the objections as untimely because he received them more than fourteen days after the findings and recommendations were served. ECF No. 81 at 1. Plaintiff is advised that the timeliness of the objections is based upon when the objections were filed, not on when he received them, and the objections were timely filed.