UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ, | No. 2:19-cv-1108 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| N. ALBONICO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has requested an extension of time to file an amended response to defendants' objections to the September 7, 2022 findings and recommendations. ECF No. 86. He seeks additional time to obtain historical versions of the California regulations governing inmate appeals. Id. Because plaintiff has already filed two responses to defendants' objections (ECF Nos. 84, 85) and this court has access to the historical regulations, the motion for extension will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 86) is DENIED.

DATED: November 17, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1