UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ, | No. 2:19-cv-1108 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| N. ALBONICO, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By findings and recommendations filed September 9, 2022, the undersigned recommended that defendant's motion for summary judgment be denied. ECF No. 79. The findings and recommendations have now been adopted in full (ECF No. 90) and this case is ready to proceed to trial. However, the court has determined that this case would benefit from a settlement conference before pretrial and trial dates are set. Therefore, this case will be scheduled for a settlement conference. Under Local Rule 270(b), because the undersigned is not the trial judge, the undersigned may conduct the settlement conference, "except that, at the time the settlement conference is scheduled or as otherwise ordered by the Court, any party may request that the conference not be conducted by the assigned Magistrate Judge." The parties will therefore be given an opportunity to request that another magistrate judge conduct the settlement conference.

1

Plaintiff has also filed a motion for an extension of time to file an amended response to defendants' objections to the September 9, 2022 findings and recommendations. ECF No. 89. Because the findings and recommendations denying defendants' motion for summary judgment have already been adopted, the motion will be denied. The motion is further denied because plaintiff has already filed two responses to defendants' objections (ECF Nos. 84, 85) and fails to identify how he seeks to amend either response.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the service of this order, any party may request that the settlement conference be conducted by a magistrate judge other than the undersigned. If no party requests a different magistrate judge, a settlement conference will be scheduled before the undersigned.

2. Plaintiff's motion for an extension of time (ECF No. 89) is DENIED.

DATED: March 7, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE