UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ, | No. 2:19-cv-1108 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| N. ALBONICO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to postpone scheduling of a settlement conference. ECF No. 93.

By order filed March 29, 2023, this case was set for a settlement conference before the undersigned on September 26, 2023. ECF No. 92. However, it appears from plaintiff's motion that he did not receive a copy of the order setting the settlement conference, as he states that a settlement conference has not yet been scheduled. ECF No. 93. Plaintiff requests that scheduling the settlement conference be postponed because he is going to be scheduled for an MRI in the near future and he does not want it to conflict with the settlement conference. Id. Since the settlement conference in this case has already been scheduled, and is not set to take place until September 26, 2023, it appears unlikely that plaintiff's upcoming MRI will conflict with the settlement conference and there is no need to postpone the settlement conference at this time.

////

1

Since it appears that plaintiff did not receive the minute order scheduling the settlement conference, the Clerk of the Court will be directed to re-serve plaintiff a copy of the order. Plaintiff is advised that if he is unable to submit his confidential settlement conference statement by email, as directed in the minute order, he may submit his statement using traditional mail service by mailing the statement to United States District Court, 501 I Street, Sacramento, CA 95814, and indicating on the envelope and on the face of the statement that it is a confidential settlement statement to Magistrate Judge Allison Claire. The settlement conference statement shall mail it so that it is received by the court at least 7 days before the settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to postpone the settlement conference (ECF No. 93) is DENIED.

2. The Clerk of the Court is directed to re-serve plaintiff with a copy of the March 29, 2023 minute order (ECF No. 92).

DATED: June 7, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2