UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. RODRIGUEZ, | No. 2:19-cv-01108-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| N. ALBONICO, et al., | |
| Defendants. | |

Plaintiff has filed a Notice in which, among other things, he indicates that he is unable to access the law library due to a lockdown at his institution. Counsel for Defendants are directed to contact Mule Creek State Prison to obtain any relevant information. Within five days of this order, Defendants' Counsel shall file a response to Plaintiff's statement that he is has been, and continues to be, unable to access the law library to prepare for trial.

IT IS SO ORDERED.

Dated: __**October 11, 2024**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1