# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARNOLD RODRIGUEZ, | Case No.: 2:19-cv-01108-DJC-AC (PC) |
| Plaintiff, | |
| v. | **ORDER** |
| N. ALBONICO, ET AL., | |
| Defendant. | |

Before the Court is Plaintiff's Ex Parte Motion for extension of time to oppose Defendants' opposition to Plaintiff's Motion for New Trial. (ECF No. 170.) Good cause having been shown, the Court GRANTS Plaintiff's Motion. Accordingly, Plaintiff shall file his opposition to Defendant's Opposition no later than July 21, 2025.

IT IS SO ORDERED.

Dated: May 30, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1